**543 MITCHELL vs. CIRCUIT JUDGE (Bay), No. 12718.**

To compel allowance of plea in abatement.

Denied April 22, 1892, with costs.

In an action of assumpsit in which relator was defendant, he demanded a bill of particulars. A paper purporting to be such was served. Defendant regarding the bill as insufficient, failed to plead and his default was entered and made absolute. Defendant afterwards filed a plea in abatement, adding a plea of the general issue with notice of the statute of limitations. Subsequently defendant moved to set aside the default.

The court granted the motion, allowed defendant's plea of the general issue to stand, but refused to allow the plea in abatement.

**544 ARNO vs. CIRCUIT JUDGE (Wayne), 42 M., 362.**

To vacate a default and strike a plea in abatement from the files.

Granted January 7, 1880.

Relator brought suit under Act. No. 113 of 1877, against a corporation and individual stockholders jointly. The corporation counsel gave plaintiff's attorneys an oral notice of retainer, but certain attorneys, retained by the stockholders, without giving notice of retainer, pleaded in abatement in the name of the corporation before the corporation counsel had pleaded. The latter afterwards pleaded the general issue. Plaintiffs disregarded the plea in abatement and were defaulted.